SLIP OPINION



Cite as 2013 Ark. 518

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE THE ARKANSAS CONTINUING LEGAL EDUCATION BOARD | **Opinion Delivered** December 12, 2013 |

## PER CURIAM

Jim Jackson of Little Rock is appointed to the Continuing Legal Education Board for a three-year term concluding on December 12, 2016. Mr. Jackson will be an at-large representative, Position 6, and replaces Joel Taylor of Morrilton whose term has concluded.

Judge Mitch Cash of Marshall, representative of the First Congressional District, is reappointed to the Continuing Legal Education Board for a three-year term concluding on December 12, 2016.

Elisa White of Little Rock, at-large representative, Position 9, is reappointed to the Continuing Legal Education Board for a three-year term concluding on December 12, 2016.

The Court extends its sincere appreciation to Mr. Jackson for accepting appointment to this important Board. The Court would like to thank Judge Cash and Ms. White for their continued service. The Court also thanks Mr. Taylor for his dedicated and faithful service to the Board.